# Exhibit B

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search  Back      Location : District Court Civil/Criminal    Help

# REGISTER OF ACTIONS
### Case No. A-26-937783-C

| | | |
|---|---|---|
| **Optimumedicine, LLC, Plaintiff(s) vs. Hightail Air Charter, LLC, Defendant(s)** | § § § § § § | Case Type: **Other Civil Matters**<br>Date Filed: **01/22/2026**<br>Location: **Department 20**<br>Cross-Reference Case Number: **A937783** |

## PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | Chronos Air Group, LLC | |
| **Defendant** | Chronos Air MRO, LLC | |
| **Defendant** | Hightail Air Charter, LLC | |
| **Defendant** | Saldana, Scott | |
| **Plaintiff** | Optimumedicine, LLC | Mark H. Hutchings<br>*Retained*<br>702-660-7700(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 01/22/2026 | **Disclosure Statement**    Doc ID# 1 | |
| | [1] NRCP 7.1 DISCLOSURE STATEMENT | |
| 01/22/2026 | **Consent**    Doc ID# 2 | |
| | [2] CONSENT TO SERVICE BY ELECTRONIC MEANS | |
| 01/22/2026 | **Initial Appearance Fee Disclosure**    Doc ID# 3 | |
| | [3] INITIAL APPEARANCE FEE DISCLOSURE | |
| 01/22/2026 | **Complaint**    Doc ID# 4 | |
| | [4] PLAINTIFFS COMPLAINT AND JURY DEMAND | |
| 01/22/2026 | **Summons Electronically Issued - Service Pending**    Doc ID# 5 | |
| | [5] SUMMONS - CIVIL | |
| 01/23/2026 | **Appendix**    Doc ID# 6 | |
| | [6] APPENDIX FOR PLAINTIFFS EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ON ORDER SHORTENING TIME | |
| 01/26/2026 | **Ex Parte**    Doc ID# 7 | |
| | [7] Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction on Order Shortening Time | |
| 01/28/2026 | **Motion for Preliminary Injunction**  (11:00 AM) (Judicial Officer Johnson, Eric) | |

## FINANCIAL INFORMATION

| | | |
|---|---|---|
| | **Plaintiff** Optimumedicine, LLC | |
| | Total Financial Assessment | 270.00 |
| | Total Payments and Credits | 270.00 |
| | **Balance Due as of 01/27/2026** | **0.00** |
| 01/23/2026 | Transaction Assessment | 270.00 |
| 01/23/2026 | Efile Payment    Receipt # 2026-06049-CCCLK    Optimumedicine, LLC | (270.00) |