# Exhibit D

Maxon R. Davis
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
Great Falls, Montana 59401
Telephone: 406-761-5243
Email: max.davis@dhhtlaw.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| OPTIMUMEDICINE, LLC,<br>a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UE-158 LLC,<br>a Montana limited liability company<br><br>　　　　Defendant. | No. CV-25-62-H-JTJ<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff is a limited liability company organized under the laws of the State of Nevada. The members consist of nine natural persons and one limited liability company. The nine natural persons are residents of the states of Nevada, Washington, Missouri and Arkansas. The limited liability company member is itself organized under the laws of the State of Nevada, and its member is also a natural person who is Nevada resident.

Dated:   August 21, 2025.

                              DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.

                    By /s/ *Maxon R. Davis*_____
                              Maxon R. Davis
                              The Milwaukee Station, 3rd Floor
                              101 River Dr. N.
                              Great Falls, MT 59401
                              *Attorneys for OptimuMedicine, LLC*