# Exhibit E



# Quote

#QU14309

| Quote Details | | | |
|---|---|---|---|
| Prepared By: | Christenson, Matthew J | Quote Number: | QU14309 |
| Phone: | (701) 551-3203 | Created Date: | 10/31/2025 |
| Mobile: | (218) 770-7214 | Quote Expiration: | 1/29/2026 |
| Email: | Matthew@spectrum-aeromed.com | | |

| Purchaser | | | |
|---|---|---|---|
| Account Name | Optimum Medicine | Bill To | Scott Saldana<br>Hightail Air Charter LLC<br>DBA Chronos Air Group<br>1005 S Wolf Road<br>Wheeling IL 60090<br>United States |
| Account Number | A210381 | | |
| Contact Name | Scott Saldana | | |
| Phone | (312) 505-5931 | | |
| Email | scott@iflychronos.com | | |
| Ship To | Optimum Medicine<br>5010 S Decatur Blvd<br>Suite G and H<br>Las Vegas NV 89118<br>United States | | |

| Aircraft | | | |
|---|---|---|---|
| Aircraft | Learjet | Model | 35 |
| Serial # | | Tail Number | |

| Quantity | Item | Rate | Amount |
|---|---|---|---|
| 1 | **8130-3-DOM**<br>8130-3 Airworthiness Approval Tags (Domestic) | $1,800.00 | $1,800.00 |
| 1 | **STC/LOA/ICA/FMS**<br>US STC Cover Page, Letter of Authorization, Instructions for Continued Airworthiness, Flight Manual Supplement and Installation Drawings for One aircraft. | $3,300.00 | $3,300.00 |
| 1 | **2200-013**<br>Ambulance Module - 28 volt input, 115 volt system w/ western style outlets, 1000 watt inverter, Ohmeda pneumatics connectors (oxygen, air, vacuum), requires SLA001-1 and SLA001-3 stretcher locks (purchased separately). No overhead | $34,000.00 | $34,000.00 |
| 1 | **1203-001**<br>Stretcher - 18"x2" pad, 5 point belt, dual leg belts Used on 20 and 2200 Series Module | $13,500.00 | $13,500.00 |
| 1 | **HPO-01-1**<br>Electrical Installation Kit - interface to provide aircraft power to Spectrum Aeromed systems. | $4,710.00 | $4,710.00 |
| 1 | **6317**<br>Adapter | $6,840.00 | $6,840.00 |
| 1 | **SLA001-1**<br>Stretcher Lock for systems with brownline mounting rail. | $2,160.00 | $2,160.00 |



*Page 1/3*



# Quote

#QU14309

| Quantity | Item | Rate | Amount |
|---|---|---:|---:|
| 1 | **SLA001-3**<br>Stretcher Lock for systems with brownline mounting rail. | $2,160.00 | $2,160.00 |
| 1 | **1403-002**<br>Stretcher Bridge - mounts to a 1203-001 stretcher, 40 pound (18 Kilogram) capacity. | $3,640.00 | $3,640.00 |
| 1 | **650005**<br>Manual patient loader - assists with loading the patient into the aircraft. Folds for easy storage. Includes storage bag. | $7,330.00 | $7,330.00 |
| 1 | **400157**<br>Hamilton T1 Mount | $3,660.00 | $3,660.00 |
| 1 | **400159**<br>Stretcher Bridge Adapter - Hamilton T1 | $438.00 | $438.00 |
| 1 | **400160**<br>Stretcher Bridge Adapter - Zoll X | $459.00 | $459.00 |
| 1 | **400183**<br>Zoll X Mount | $4,190.00 | $4,190.00 |
| 1 | **650173**<br>Monitor Post for Dove-Tail mount. 10 inches high. | $800.00 | $800.00 |

|   |   |
|---|---:|
| **Subtotal** | $88,987.00 |
| **Tax Total (%)** | $0.00 |
| **Shipping Cost** |  |
| **Total** | $88,987.00 |

| | |
|---|---|
| Quote Payment Terms | • 50% Deposit with order, Balance prior to delivery |
| Quote General Terms | • All Prices are in US$ (US Dollar)<br>• Delivery of stretchers and accessories ex Fargo, ND, USA<br>• Lead Time: TBD. Normally 60 days from signed Order Confirmation, receipt of 50% down payment and clarification of all technical details<br>• Not covered are costs for installation, supervision, travel costs, as well as hidden and internal discrepancies during connector installation<br>• All prices are ex VAT, customs and local certification costs<br>• Shipping costs will be charged according to expenses<br>• All details are subject to the applicable Order Confirmation<br>• Purchaser guarantees free of charge: Full technical support and access to the aircraft for test fit and certification<br>• Medical Equipment is considered "Loose Equipment" and as such not part of the certification<br>• This Quote is valid until the 'Expiration Date' set forth above. After this expiration date, Spectrum Aeromed is entitled to modify the terms of this Quote, including but not limited to, the price set forth above |

*Page 2/3*


QU14309



# Quote

#QU14309

- This offer is not binding and is subject to Spectrum Aeromed's Order Confirmation Terms and Conditions

| | |
|---|---|
| Quote Shipment Date | To be determined after Seller receives the signed Order Confirmation, 50% down payment and clarification of all technical details.<br>Note: References in this Agreement to a 'shipment date' shall mean 'installation date' only if the Products are to be installed at the Seller's plant rather than being shipped to another location. |
| Quote Shipper | Spectrum Aeromed<br>1815 23rd Ave North<br>Fargo, ND 58102<br>USA<br>+1 701 235-5478 |

