**SAO**

Mark H Hutchings, Esq.
Nevada Bar No. 12783
John B. Lanning, Esq.
Nevada Bar No. 15585
**HUTCHINGS LAW GROUP**
400 South 4th Street, Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
John@HutchingsLawGroup.com
*Attorneys for Plaintiff/Counter Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OPTIMUMEDICINE, LLC, a Nevada limited liability company;<br><br>    Plaintiffs,<br><br>v.<br><br>HIGHTAIL AIR CHARTER, LLC, a Delaware limited liability company; CHRONOS AIR GROUP, LLC, a Delaware limited liability company, CHRONOS AIR MRO, LLC, a Delaware limited liability company; DIAMOND FLIGHT MEDICAL, LLC, a Delaware limited liability company; SCOTT SALDANA, an individual; DOES I through XX; ROE CORPORATIONS I through XX, inclusive;<br><br>    Defendants. | Case No.   2:26-cv-00191 |
| HIGTAIL AIR CHARTER, LLC, a Delaware limited liability company;<br><br>    Counterclaimant,<br><br>OPTIMUMEDICINE, LLC, a Nevada limited liability company; DEVON EISMA, an individual; OWEN MCKEANY, an individual; JONATHAN ROSATI, an individual, DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Counter defendants. | |

**1**

**STIPULATION AND ORDER TO CONTINUE TIME FOR RESPONSES TO COUNTERCLAIM**

## STIPULATION AND ORDER TO CONTINUE TIME FOR RESPONSES TO COUNTERCLAIM

Plaintiff/Counter Defendants Optimumedince, LLC, Devon Eisma, Owen McKeany and Jonathan Rosati and Defendants Hightail Air Charter, LLC, Chronos Air Group LLC Chronos Air MRO, LLC and Scott Saldana (collectively the "Parties") by and through their counsel of record, hereby Stipulate and request that Responsive Pleading Deadlines be rescheduled on Counter Claimants Counter Claim.

This is the first stipulation and request of the Parties to extend time in relation to the subject Counter Claim. The Parties have agreed to the proposed extension because Counter Defendant Optimumedince, LLC's responsive pleading deadline is February 27th, 2026. Counter Defendant Devon Eisma's response deadline is March 11, 2026, and Counter Defendant Jonathan Rosati's response deadline is March 16, 2026. Parties have agreed to responsive pleading deadline for all parties to be on the same day.

Pending approval of the Responsive Pleading Deadline change by the Court, the Parties have agreed Plaintiff/Counter Defendants Optimumedince, LLC, Devon Eisma, Owen McKeany and Jonathan Rosati Response to Counter Claim is due on or before March 16, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties agree an extension of time is warranted. This stipulation is not brought for the purposes of delay or any other improper purpose.

| DATED this 12th day of March 2026<br>HUTCHINGS LAW GROUP<br><br>*/S/ JOHN B. LANNING* | DATED this 12th day of March 2026<br>ATLAS \| SOLOMON LLP<br><br>*/S/ Natalie L. Winslow* |
|---|---|
| Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>John B. Lanning, Esq.<br>Nevada Bar No. 15585<br>400 South 4th Street, Suite 550<br>Las Vegas, Nv 89101<br>*Attorney For Plaintiff/Counter Defendant* | Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>7674 West Lake Mead Blvd., Suite 220<br>Las Vegas, Nevada 89129<br>Telephone: (725) 315-9572<br>*Attorneys for Hightail Air Charter LLC and Chronos Air Group, LLC and Scott Saldana (specially appearing)* |

**IT IS HEREBY ORDERED that the foregoing stipulation is granted.**

Dated this ___13th___ day of ___March___, 2026.

BRENDA WEKSLER
UNITED STATES MAGSITRATE JUDGE

STIPULATION AND ORDER TO CONTINUE TIME FOR RESPONSES TO COUNTERCLAIM