**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Optimumedicine, LLC,

Plaintiff,

v.

Hightail Air Charter, LLC, et al.

Defendant.

Case No. 2:26-cv-00191-CDS-BNW

**ORDER**

Before this Court is Plaintiff's emergency motion for a protective order. ECF No. 74. Plaintiff seeks a protective order as to the subpoenas that Defendant Hightail served or is attempting to serve on 14 separate nonparties. *Id.* at 8. Plaintiff also seeks a stay of further service and enforcement of the subpoenas while this Court considers the motion for a protective order. *Id.* at 12.

A party may seek a protective order concerning discovery directed to nonparties when that discovery threatens the party's own interests. *See Willey v. BMW of North America*, No. 2:24-cv-00467-JCM-EJY, 2024 WL 3597282, at *2 (D Nev. July 30, 2024) ("A party can…move for a protective order in regard to a subpoena issued to a non-party if it believes its own interest is jeopardized by discovery sought from a third party and has standing under Rule 26(c) to seek a protective order regarding subpoenas issue[d] to non-parties which seek irrelevant information."); *see also G.K. Las Vegas Ltd. P'ship v. Simon Property Grp., Inc.*, No. 2:04-cv-01199-DAE-GWF, 2007 WL 119148, at *3 (D. Nev. Jan. 9, 2007) (same). Here, Plaintiff seeks to protect its interests in the customer relationships that generate a vast majority of its business and alleges that Defendant Hightail seeks the challenged subpoenas as a part of a collection effort rather than for discovery purposes. ECF No. 74 at 8. Accordingly, this Court finds that Plaintiff has standing to seek a limited protective order staying the service and enforcement of Defendant Hightail's third party subpoenas.

A district court has wide discretion in controlling discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Exercising its discretion, this Court temporarily stays the service and enforcement of the third-party subpoenas directed to Optimumedicine's customers, allowing Plaintiff's emergency motion to be heard in the ordinary course.

**IT IS THEREFORE ORDERED** that Plaintiff's emergency motion for protective order (ECF No. 74) is **GRANTED** only to the extent that this Court stays the service and enforcement of Defendant Hightail's third-party subpoenas until this Court decides the motion for a protective order.

**IT IS FURTHER ORDERED** that the motion for a protective order (ECF No. 74) shall be heard on the merits in the ordinary course. Defendant's response to ECF No. 74 is due by 12/4/2026. Plaintiff's reply is due by 12/11/2026.

DATED this 23rd day of November 2026.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE